# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eliezer B.S., | Case No. 26-CV-3020 (MJD/DTS) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Peter Berg, et al., | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT:**

1.      Petitioner's Motion for an Order to Show Cause **[Doc. 3]** is

   **GRANTED** as follows:

   a.  Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than June 24, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case;

   b.  Respondents' answer should include:

   i.  Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   ii.  A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

1

       iii.  Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  c.  If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than June 30, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

**IT IS FURTHER ORDERED THAT:**

2.     Petitioner is currently in custody within the District of Minnesota and therefore jurisdiction has attached to this matter.

  a.  That jurisdiction is not defeated by any subsequent decision by Respondents to transfer Petitioner to another state.

  b.  Habeas jurisdiction turns on custody and control, not on the Government's unilateral post-filing movement of the detainee.

  c.  The position that jurisdiction lies exclusively in the district to which Respondents transfer a petitioner would permit the Government to determine the forum for judicial review through its own logistics.  Federal courts may not be divested of jurisdiction in that manner.

3.  Petitioner's Request for a Temporary Restraining Order **[Doc. 2]** is **GRANTED IN PART** insofar as:

  a.  Respondents are enjoined from removing Petitioner from the District of Minnesota until a final decision is made on the habeas petition; and

b. If Petitioner has already been removed from Minnesota, Respondents are ordered to immediately return Petitioner to Minnesota.

4. In the event of an unforeseen circumstance or contingency, and with 72 hours' notice, Respondents may apply to the Court for Permission to move Petitioner.

Dated: June 19, 2026                             /s Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court

3