**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eliezer B.S.,

Petitioner,

v.

Peter Berg, et al.,

Respondents.

**SUPPLEMENTAL ORDER**

Civil File No. 26-03020 (MJD/DTS)

---

Danielle Oxendine Molliver, Paschal O. Nwokocha, Nwokocha & Operana Law Offices, LLC, Counsel for Petitioner.

Carl Berry, David R. Hackworthy, Assistant United States Attorneys, Counsel for Federal Respondents.

---

On June 19, 2026, the Court issued an Order to Show Cause that, in part, enjoined Petitioner's removal from the District of Minnesota until the Court made a final decision on the Petitioner's Petition for Writ of Habeas Corpus. (Doc. 5.)

On July 1, 2026, the Court made its decision and granted Petitioner's habeas petition. (Doc. 15.) Still, since the Court's decision, there has been an ongoing legal dispute between Petitioner's counsel and Respondents concerning Petitioner's continued detention.

Accordingly, the Court finds it necessary to reassert jurisdiction in this matter to prevent Petitioner's transfer out of the state of Minnesota.

**IT IS HEREBY ORDERED**:

1. Respondents are enjoined from transferring Petitioner out of the District of Minnesota until Petitioner's case (Civil No. 26-cv-3020) is dismissed; and

2. If Petitioner has already been removed from Minnesota, Respondents are ordered to immediately return Petitioner to the District of Minnesota.

Dated: July 15, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court