## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eliezer B.S.,

          Petitioner,

v.

Peter Berg, et al.,

          Defendants.

**ORDER DISMISSING**
**PETITION FOR WRIT**
**OF HABEAS CORPUS**

Civil File No. 26-03020 (MJD/DTS)

Danielle Oxendine Molliver, Paschal O. Nwokocha, Nwokocha & Operana Law Offices, LLC, Counsel for Petitioner.

Carl Berry, David R. Hackworthy, Assistant United States Attorneys, Counsel for Respondents.

On July 1, 2026, the Court granted Petitioner's habeas petition. (Doc. 15.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing in front of an Immigration Judge ("IJ"). On July 8, 2026, Petitioner's counsel filed a Motion to Enforce the Court's Order, arguing that the IJ refused to comply with the Court's Order by declining to exercise jurisdiction over Petitioner. (Doc. 19.) The Court received responsive briefing from Respondents (Doc. 24) and held a hearing on July 14, 2026, where the Court requested Respondents provide the Court with a recording and/or transcript of the bond hearing.

1

After reviewing the parties' briefing as well as the bond hearing recording, the Court determined that Petitioner did not receive the bond hearing he was entitled to under this Court's order; therefore, Petitioner's immediate release was appropriate. (Doc. 30.) As part of the Court's decision, the parties were required to immediately release Petitioner with all his personal effects, impose no conditions of release on Petitioner, and notify the Court within 48 hours to confirm that the release occurred. (Id.)

On July 18, 2026, Respondents informed the Court that Petitioner had been released. (Doc. 31.) On July 20, 2026, Petitioner's counsel confirmed Petitioner had been released on July 18. (Doc. 33.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Eliezer B.S.'s Second Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 28, 2026                         s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

2